# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PHILLIPHAN ISAIAH STEPHENS,

        Plaintiff,

v.                                                  Case No. 6:16-cv-1837-Orl-37DCI

STEVEN D. FREDRICKSON,

        Defendant.
_____

## ORDER

This cause is before the Court on its own motion.

On October 19, 2016, Plaintiff filed a document titled "Order for Summary Judgment and Demand for Trial by Jury." (Doc. 1 ("**October 19 Filing**").) Review of the October 19 Filing reveals that Plaintiff is seeking both trial by jury and judgment on claims under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act. (Doc. 1.) As such, the Court construes October 19 Filing as a complaint. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court").

In accordance with 28 U.S.C. § 1914 and the District Court Miscellaneous Fee Schedule issued by the Judicial Conference of the United States, parties who initiate a proceeding in a federal district court are required to pay a filing fee. Alternatively, the court may authorize a plaintiff to proceed *in forma pauperis*—without prepaying fees or costs— upon motion, application, and affidavit. *See* 28 U.S.C. § 1915. To date, Plaintiff has neither paid the requisite filing fee nor moved to proceed *in forma pauperis*.

Accordingly, on or before Monday, **November 7, 2016**, Plaintiff is **DIRECTED** to pay the required filing fee or move to proceed *in forma pauperis*. Failure to timely comply with the Court's Order **will** result in dismissal without further notice.[1]

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 26, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

*Pro Se* Party

---

[1] Plaintiff is advised to review the resources available to *pro se* litigants on the Court's webpage at https://www.flmd.uscourts.gov/forms/forms_policies.htm.